**Order entered August 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01416-CR
No. 05-16-01417-CR

**SUSAN GAY PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-82407-2014 & 380-82408-2014**

## ORDER

We **REINSTATE** these appeals.

Because appellant's brief had not been filed despite two orders granting extensions of time, we abated these appeals for a hearing. On July 28, 2017, we received the trial court's findings. We **ADOPT** the trial court's findings and recommendations that (1) appellant wants to pursue these appeals, (2) appellate counsel Lara Bracamonte is providing effective representation in the appeals and has been diligent in her preparation of a brief, (3) Ms. Bracamonte's delay is due to her demanding work schedule, and (4) Ms. Bracamonte needs an extension until September 1, 2017.

We **ORDER** appellant's brief filed on or before September 1, 2017.

/s/     LANA MYERS
JUSTICE